IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Citation No. 15-po-7012-NYW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANCIS G. KUKULA,

    Defendant.

_____

### ORDER VACATING TRIAL AND SETTING CHANGE OF PLEA HEARING
_____

Magistrate Judge Nina Y. Wang

    This matter is before the court on the Notice of Disposition filed by Defendant Francis G. Kukula ("Defendant" or "Mr. Kukula") on November 3, 2015 [#14]. The Notice of Disposition and the Notice Concerning Defendant's Intention to File a Notice of Disposition filed by the United States of America ("Government") on November 2, 2015 [#13] indicate that Mr. Kukula has reached a disposition with the Government and is requesting a Change of Plea hearing. Accordingly, IT IS ORDERED:

    (1)    The two-day trial currently scheduled to commence on November 9, 2015 at 8:00 a.m. before the undersigned Magistrate Judge is hereby VACATED; and

    (2)    A Change of Plea hearing is hereby set for **November 12, 2015 at 10:00 a.m.** before the undersigned Magistrate Judge in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado 80294. Anyone seeking entry to the courthouse must provide valid identification. D.C.COLO.LCr.R 57.4(b).

DATED: November 3, 2015                      BY THE COURT:

                                                                                  s/ Nina Y. Wang
                                                                                     United States Magistrate Judge