# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** (For a Petty Offense) — Short Form |
|---|---|
| v. | CITATION NUMBER: 15-po-7012-MJW |
| FRANCIS KUKULA | ATTY: KEVIN FLESCH-RETAINED |

**THE DEFENDANT:** Pleaded guilty to count three of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 13; C.R.S. §18-9-106(1)(a) | DISORDERLY CONDUCT | 03/07/2015 | 3 |

Defendant sentenced to: three (3) days incarceration, all three (3) days suspended; must complete a National Corrective Training Institute of Colorado Conflict management -Minor Assault/Harassment course, pay cost of course and provide proof of completed course to government by 2/8/2016; must pay fine of $300/10 by 2/8/2016.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

|  | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** | $10.00 | $300.00 | $0.00 |

11/12/2015
Date of Imposition of Judgment

*[signature]*
Signature of Judicial Officer

Michael J. Watanabe, U.S. Magistrate Judge
Name & Title of Judicial Officer

11-17-15
Date